UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| St. STEPHEN's MISSIONARY BAPTIST CHURCH | CIVIL ACTION |
| VERSUS | NO. 05-294 |
| JAMES C. TAYLOR, JR., ET AL | SECTION "C"(3) |

### ORDER

The Court, after considering the application for attorney's fees, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the defendants' failure to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the plaintiff's application for attorney's fees be and it is hereby GRANTED in the full amount of sixty six thousand, one hundred eighty four dollars and forty-eight cents (**$66,184.48**).

New Orleans, Louisiana, this 27 day August, 2008.

_____
UNITED STATES DISTRICT JUDGE